**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on November 16, 2009**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | |
| | : | |
| | : | **VIOLATIONS:** |
| **V.** | : | |
| | : | |
| | : | **18 U.S.C. § 371** |
| | : | **(Conspiracy to Commit Piracy under the** |
| | : | **Law of Nations)** |
| | : | |
| **ALI MOHAMED ALI,** | : | **18 U.S.C. § 1651** |
| also known as Ismail Ali, | : | **(Piracy under the Law of Nations)** |
| also known as Ahmed Ali Adan, | : | |
| | : | **18 U.S.C. § 1659** |
| | : | **(Attack to Plunder Vessel)** |
| | : | |
| **Defendant.** | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |

**I N D I C T M E N T**

The Grand Jury Charges that:

**COUNT ONE**

1.  On or about November 7, 2008, the *M/V CEC Future*, a Bahamian-flagged vessel

owned by Danish company Clipper Group A/S and carrying cargo belonging to McDermott

International, Inc., a United States corporation with its principal place of business in Houston,

Texas, was in the Gulf of Aden, on the high seas and outside the territorial waters of any country.

2.  From at least on or about November 7, 2008, until on or about January 16, 2009, on

the high seas and elsewhere outside the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, the defendant, **ALI MOHAMED ALI**, also known as Ismail Ali, also known as Ahmed Ali Adan, whose last known residence in the United States was in the District of Columbia, and others known and unknown, including a joint offender who was arrested in the District of Columbia, did knowingly and willfully combine, conspire, confederate and agree together and with each other to commit the crime of piracy as defined by the law of nations, in violation of Title 18, United States Code, Section 1651.

### Object of the Conspiracy

3.  The purpose and object of the conspiracy was to profit and make money by taking and holding for ransom the ship, crew and cargo of the M/V *CEC Future*.

### Manners and Means to Accomplish the Object of the Conspiracy

4.  The conspirators, including the defendant, would and did use the following manners and means, among others, to accomplish the object of the conspiracy:

a) Conspirators armed with AK-47 firearms and a destructive device, that is, a rocket propelled grenade (RPG), attacked the M/V *CEC Future* while it was sailing in the Gulf of Aden.

b) Conspirators boarded the M/V *CEC Future* and took command of the M/V *CEC Future*.

c) Conspirators held the crew captive and under control.

2

d) Conspirators initiated contact with the owners of the M/V *CEC Future*.

e) Conspirators negotiated a ransom in exchange for the release of the M/V *CEC Future*.


## Overt Acts

5.  In furtherance of the conspiracy and to accomplish the object of the conspiracy, conspirators including the defendant committed the following overt acts, among others:

a) On or about November 7, 2008, conspirators approached the M/V *CEC Future* on a small craft armed with AK-47s and an RPG.

b) On or about November 7, 2008, conspirators fired weapons at the M/V *CEC Future.*

c) On or about November 7, 2008, conspirators boarded the M/V *CEC Future* armed with AK-47s.

d) On or about November 7, 2008, conspirators pointed weapons at the crew and forced them to the bridge area of the M/V *CEC Future*.

e) On or about November 7, 2008, conspirators forced the Captain to sail to locations where other conspirators boarded the M/V *CEC Future*.

f) Between on or about November 9, 2008, and on or about November 10, 2008, defendant **ALI MOHAMED ALI** boarded the M/V *CEC Future*.

g) On or about November 10, 2008, defendant **ALI MOHAMED ALI** communicated with the owners of the M/V *CEC Future* to make a ransom demand.

h) In or about November 2008, defendant **ALI MOHAMED ALI** demanded seven million U.S. dollars for the release of the M/V *CEC Future* and crew.

i) In or about November 2008, conspirators stole money from the Captain's safe on board the M/V *CEC Future*.

j) On or about January 13, 2009, defendant **ALI MOHAMED ALI** agreed to accept 1.7 million U.S. dollars to release the M/V *CEC Future* and crew.

k) On or about January 14, 2009, defendant **ALI MOHAMED ALI** and other conspirators received a package containing 1.7 million U.S. dollars that had been delivered as ransom.

l) On or about January 16, 2009, defendant **ALI MOHAMED ALI** and other conspirators released the M/V *CEC Future,* including its crew and cargo, from captivity by departing the ship.

(**Conspiracy to Commit Piracy,** in violation of Title 18, United States Code, Section, 371)

## COUNT TWO

1.  Paragraphs 1 and 5 of Count One of this Indictment are realleged and incorporated as if fully set forth herein.

2.  From at least on or about November 7, 2008, until on or about January 16, 2009, on the high seas and elsewhere outside the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, the defendant, **ALI MOHAMED ALI**, also known as Ismail Ali, also known as Ahmed Ali Adan, whose last known residence in the United States was in the District of Columbia, and others known and unknown, including a joint offender who was

4

arrested in the District of Columbia, committed the crime of piracy as defined by the law of

nations, by knowingly and willfully seizing, robbing, and holding for ransom the M/V *CEC*

*Future,* and did aid, abet, counsel, command, induce and cause others to commit the offense

against the M/V *CEC Future*, while the ship was navigating in the Gulf of Aden.

(**Piracy under the Law of Nations** and **Aiding and Abetting and Causing an Act to be Done**,
in violation of Title 18, United States Code, Sections 1651 and 2)

### COUNT THREE

1.  Paragraphs 1 and 5 of Count One of this Indictment are realleged and incorporated as if

fully set forth herein.

2.  From at least on or about November 7, 2008, until on or about January 16, 2009, on the

high seas and elsewhere outside the jurisdiction of any particular state or district of the United

States, but within the extraterritorial jurisdiction of the United States and, pursuant to Title 18,

United States Code, Section 3238, within the venue of the United States District Court for the

District of Columbia, the defendant, **ALI MOHAMED ALI**, also known as Ismail Ali, also

known as Ahmed Ali Adan, whose last known residence in the United States was in the District of

Columbia, and others known and unknown, including a joint offender who was arrested in the

District of Columbia, by surprise and open force, maliciously attacked and set upon a vessel

belonging to another, specifically the M/V *CEC Future*, and did aid, abet, counsel, command,

induce and cause others to commit the offense against the M/V *CEC Future*, while the ship was

navigating in the Gulf of Aden carrying cargo belonging to McDermott International, Inc., a

United States corporation, with an intent unlawfully to plunder the same, and to despoil any

owner thereof of any moneys, goods, and merchandise laden on board thereof.

(**Attack to Plunder Vessel** and **Aiding and Abetting and Causing an Act to be Done,** in violation of Title 18, United States Code, Sections 1659 and 2)

A TRUE BILL

FOREPERSON

/s/
Attorney of the United States in
and for the District of Columbia