IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 11-106 (PLF/DAR) |
| ) | |
| ALI MOHAMED ALI, ) | |
| ) | |
| Defendant. ) | |

**FILED**
JUN 10 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

SEALED

## ORDER TO SEAL

Upon consideration of the Defendant's Motion to Seal his Motion for Bond Review and the Government's Response thereto, and arguments thereupon, and for good cause shown, IT IS HEREBY ORDERED that the Defendant's Motion to Seal shall be, and hereby is GRANTED,

Accordingly, it is HEREBY ORDERED that Defendant's Motion for Bond Review, and any attachments thereto, in the above-captioned matter be sealed by the Clerk of the Court until further notice of this Court, and it is

HEREBY ORDERED that the Defendant's Motion for Bond Review may be unsealed upon oral motion of the Defendant, or upon Order of the Court

ORDERED this 10th day of June, 2011.

_____
HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Serve: Brenda J. Johnson
Assistant United States Attorney
National Security Section
United States Attorney's Office

Jennifer E. Levy
Trial Attorney
Counterterrorism Section
U.S. Department of Justice

Shawn Moore
Assistant Federal Public Defender
Office of the Federal Public Defender

Matthew Peed
Clinton & Peed PLLC