UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 11-0106 (PLF) |
| | ) | |
| ALI MOHAMED ALI, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the government's motion to seal its memorandum in opposition to the defendant's motion for bond review and for good cause shown, it is hereby

ORDERED that the government's motion to seal is GRANTED; it is

FURTHER ORDERED that the government's memorandum in opposition to the defendant's motion for bond review, and all attachments thereto, in the above-captioned matter shall be sealed by the Clerk of the Court until further notice of this Court; and it is

FURTHER ORDERED that the government's memorandum in opposition to the defendant's motion for bond review may be unsealed upon oral motion of the government or upon Order of the Court.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
DATE:  June 16, 2011                                   United States District Judge