# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **Crim. No. 11-106 (PLF/DAR)** |
| ) | |
| ALI MOHAMED ALI, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE GOVERNMENT'S APPLICATION FOR EXCLUSION OF TIME

Defendant Ali Mohamed Ali filed a Memorandum of Points and Authorities in Opposition to the Government's Application for an Exclusion of Time Within Which Trial Must Commence with the court-appointed Classified Information Security Officer on this day, August 9, 2011.

August 9, 2011

Respectfully submitted,

 /s/  Matthew J. Peed
Matthew J. Peed (D.C. Bar no. 503328)
CLINTON & PEED PLLC
1455 Pennsylvania Ave. N.W., Suite 400
Washington, DC 20004
(202) 618-1628 (tel)
(202) 204-6320 (fax)
Matt@ClintonPeed.com

ClintonPeed.com