# EXHIBIT 1

```
                                                        Confirmation
                                                        Payment made

                                                        Date 2009.01.27
                                                        Account No

        6768

   CEC AFRICA SHIPPING CO LTD,
   CHI CRUSADER LTD. H PL(25)
   C/O CLIPPER DENMARK A/S                              Arkiv nr. 9904023650
   SUNDKROSGADE 21                                      Arkiv dato 27.01.2009
   2100  KØBENHAVN Ø




   Express transfer        Reference:        Unitel reference:

   Amount transferred                                       75,000.00 USD
   Fees and charges                                             13.07 USD
   Receiving banks charges                                      34.86 USD
   We have 2009.01.27 (value 2009.01.27 ) debited account No    75,047.93 USD

   Beneficiary:                             Message to beneficiary:
                                            Consultant fee for Ali
   Ahmed Ali Adan
   xxx
   xxxx

   At the request of:                       Reference to remitter:
   CEC Africa                               Ahmed Ali Adan
   xxx
   xxx

   Beneficiary's bank:                      The amount has been transferred through:
   Swiftaddress: UARBAEAAXXX                DEUTSCHE BANK TRUST COMPANY
   UNITED ARAB BANK                         AMERICAS, P.O.BOX 318
   AL QASIMIYA STREET                       ONE BANKERS TRUST PLAZA
                                            NEW YORK, N.Y. 10006, U.S.A.
```

Nordea Bank Danmark A/S
Shipping,Offshore & Oil Service Div
Strandgade 3, Postboks 850 0900 København C
Tel: Fax:

Company registration number          , Copenhagen, Denmark