# EXHIBIT 2

| | | Costs incurred in connection with the hijacking of the CEC FUTURE | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | Date paid |
| Voucher no | Creditor | Type of costs/service | | Amount | US$ Equivalent | RoE | |
| 1 | Clipper | Hotel-taxi etc Gary Porter, Clipper - standby | DKK | 1.710,00 | 291,21 | 0,1703 | 18-01-2009 |
| 2 | Clipper | Evening meals for staff working outside office hours 7.11.2008 | DKK | 1.096,95 | 188,23 | 0,1716 | 07-11-2008 |
| 3 | Weilbach | Somali maps | DKK | 260,00 | 43,70 | 0,1681 | 21-11-2008 |
| 4 | Weilbach | Somali maps | DKK | 169,52 | 28,51 | 0,1682 | 13-11-2008 |
| 5 | Weilbach | Somali maps | DKK | 188,47 | 35,07 | 0,1861 | 13.11.2008 |
| 6 | Weilbach | Somail etc maps | DKK | 4.295,28 | 730,19 | 0,1700 | 07-01-2009 |
| 7 | Weilbach | Somali maps | DKK | 411,03 | 69,75 | 0,1697 | 05-12-2008 |
| 8 | Grand Hotel | Sergey Kustin, SQE, Clipper | DKK | 3.490,00 | 586,66 | 0,1681 | 22-11-2008 |
| 9 | Clipper | JB Kjaer, Clipper travel to Salalah 19-23/11/2008 - Release preparation | DKK | 12.100,66 | 2.034,11 | 0,1681 | |
| 10 a | Custos | Negotiators fee as per contract | DKK | 204.319,80 | 38.382,36 | 0,1879 | 07-01-2009 |
| 10 b | Custos | Negotiators fee as per contract | DKK | 368.519,00 | 63.393,48 | 0,1720 | 18-02-2009 |
| 11 | Clipper | EAC, Crew dept, visit next of kin 9-11.11.2008 (less airfare) | DKK | 1.968,39 | 330,88 | 0,1681 | |
| 12 a | Adina | Adina hotel/David Venn  12.11.-7.12.2008 | DKK | 39.333,58 | 6.832,24 | 0,1737 | |
| 12 b | Adina | Adina Hotel Scott - ASI | DKK | 27.729,76 | 5.193,78 | 0,1873 | |
| 12 c | Adina | Adina Hotel/David Venn 28.12.08-15.1.2009 | DKK | 31.893,44 | 5.973,63 | 0,1873 | |
| 13 a | ASI Global | Consultant  10.11. - 1.12.2008 | USD | 59.825,00 | 59.825,00 | 1,0000 | |
| 13 b | ASI Global | Consultant balance pay for Nov 2008 | USD | 1.018,32 | 1.018,32 | 1,0000 | 14-01-2009 |
| 13 c | ASI Global | Consultant  2.12.-29.12.2008 | USD | 94.528,04 | 94.528,04 | 1,0000 | 14-01-2009 |
| 13 d | ASI Global | Consultant  28.12.2008 -21.1.2009 | USD | 94.706,83 | 94.706,83 | 1,0000 | 04-03-2009 |
| 14 | Ahmed Ali | Pirate Communicator - ransom | USD | 75.048,94 | 75.048,94 | 1,0000 | 13-01-2009 |
| 15 | Northflying | Ransom transport Cph to Djibouti | DKK | 505.000,00 | 89.334,50 | 0,1769 | 13-02-2009 |
| 16 a | Salama Fakiri Int | Ransom Delivery Djibouti/Future | USD | 200.027,54 | 200.027,54 | 1,0000 | 09-01-2009 |
| 16 b | Salama Fakiri Int | Ransom Delivery Djibouti/Future | USD | 50.048,94 | 50.048,94 | 1,0000 | 14-01-2009 |
| 17 a | Pirates | Ransom - agreed $ 1,7 mill | USD | 1.604.800,00 | 1.604.800,00 | 1,0000 | 09-01-2009 |
| 17 b | Pirates | Ransom balance | USD | 100.300,00 | 100.300,00 | 1,0000 | 13-01-2009 |
| 18 | CLP Insurance | Transit insurance for ransom delivery | USD | 57.375,00 | 57.375,00 | 1,0000 | 03-02-2009 |
| 19 | CLP Insurance | Average discurements insurance | USD | 25.000,00 | 25.000,00 | 1,0000 | 03-02-2009 |
| 20 a | Crew war pay | 7.11. - 30.11.2008 (EUR) | EUR | 17.630,83 | 22.962,39 | 1,3024 | 17-11-2008 |
| 20 b | Crew war pay | 7.11. - 30.11.2008  ($) | USD | 6.183,17 | 6.183,17 | 1,0000 | 17-11-2008 |
| 21 a | Crew ordinary wages | 7.11. - 30.11.2008 (EUR) | EUR | 19.118,18 | 24.899,51 | 1,3024 | 17-11-2008 |
| 21 b | Crew ordinary wages | 7.11. - 30.11.2008   ($) | USD | 7.728,80 | 7.728,80 | 1,0000 | 17-11-2008 |
| 22 a | Crew ordinary wages | December 2008 | EUR | 23.873,00 | 32.753,75 | 1,3720 | 15-12-2008 |
| 22 b | Crew ordinary wages | December 2008 | USD | 9.661,00 | 9.661,00 | 1,0000 | 15-12-2008 |
| 23 a | Crew onbard war pay | December 2008 | EUR | 23.873,00 | 31.873,00 | 1,3351 | 15-12-2008 |
| 23 a | Crew onbard war pay | December 2008 | USD | 9.661,00 | 9.661,00 | 1,0000 | 15-12-2008 |
| 23 b | Standby wages  new crew | December 2008 | EUR | 21.744,52 | 28.641,88 | 1,3172 | 15-12-2008 |
| 23 b | Standby wages  new crew | December 2008 | USD | 9.977,68 | 9.977,68 | 1,0000 | 15-12-2008 |
| 24 a | Crew ordinary wages | 1 - 22 January 2009 | EUR | 19.131,86 | 24.808,28 | 1,2967 | 15-01-2009 |
| 24 a | Crew ordinary wages | 1 - 22 January 2009 | USD | 7.491,88 | 7.491,88 | 1,0000 | 15-01-2009 |
| 24 b | Crew onbard war pay | 1 - 22 January 2009 | EUR | 19.132,00 | 24.808,46 | 1,2967 | 15-01-2009 |
| 24 b | Crew onboard war pay | 1 - 22 January 2009 | USD | 7.494,00 | 7.494,00 | 1,0000 | 15-01-2009 |
| 25 a | Onsigning crew - wages | 1 - 22 January 2009 | EUR | 26.889,00 | 34.866,96 | 1,2967 | 15-01-2009 |
| 25 a | Onsigning crew - wages | 1 - 22 January 2009 | USD | 10.216,00 | 10.216,00 | 1,0000 | 15-01-2009 |
| 26 a | Offsigning crew wages | 20 January - 20 February 2009 | EUR | 33.144,40 | 43.902,92 | 1,3246 | 15-01-2009 |
| 26 b | Offsigning crew wages | 20 January - 20 February 2009 | USD | 12.942,00 | 12.942,00 | 1,0000 | 15-01-2009 |
| 27 a | Offsigning crew wages | 1 - 22 March 2009 | EUR | 19.145,18 | 25.330,97 | 1,3231 | 16-02-2009 |
| 27 b | Offsigning crew wages | 1 - 22 March 2009 | USD | 8.187,68 | 8.817,68 | 1,0769 | 16-02-2009 |
| 28 | DMI | Seaplanner license | | | | | delete |
| 29 | DMI | Seaplanner license | | | | | delete |
| 30 | Gulf Agency | Agency expenses/fee Salalah for release call /crew change - advance pay | OMR | 21.032,18 | 55.202,57 | 2,6247 | 06-05-2009 |
| 30 a | Gulf Agency | Reimbursement of overcharged D/A | OMR | (4.537,27) | -11.908,85 | 2,6247 | 06-05-2009 |
| 31 | Baldwin International | Meeting 11-12/11.2008 at hotel P Park Inn with Next of kin | EUR | 1.172,00 | 1.485,21 | 1,2672 | 19-11-2008 |
| 32 | Mobile 20600100expense | Gullestrup negotiations w/pirates | DKK | 4.337,90 | 745,68 | 0,1719 | |
| 33 | Off-Signing crew | Home travel  - January 2009 | DKK | 85.705,51 | 14.732,77 | 0,1719 | |
| 34 | On-signing crew | Travel out to Salalah | DKK | 87.861,37 | 15.147,30 | 0,1724 | |
| 35 | Off-signing crew | Next of Kin travel to Skt Petersburg 22.1.2009 and return | DKK | 88.793,65 | 15.308,02 | 0,1724 | |
| 36 | Baldwin International | Hotel, conference room etc Skt Petersburg for meeting with families and debriefing 22-23/1/2009 | EUR | 12.972,50 | 16.993,97 | 1,3100 | 04-02-2009 |
| 37 | Falck Healthcare | Psychologists etc assisting | DKK | 464.494,23 | 84.816,60 | 0,1826 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 38 | Baldwin International | Hotel, conference roome etc Skt Petersburg for crew and next of kin for final checking 24-25.3-2009 | EUR | 6.167,50 | 8.392,11 | 1,3607 | 15-04-2009 |
| 39 | not used | not used | | | 0,00 | | delete |
| 40 | Grumsen | Electrical spares | DKK | 10.545,00 | 1.782,57 | 0,1690 | 04-03-2009 |
| 41 | Heng Lee | Lifejackets - restoring safety equipm | SGD | 474,00 | 316,59 | 0,6679 | 11-03-2009 |
| 42 | Heng Lee | Line throwing apparatur - replenish | SGD | 2.066,00 | 1.379,92 | 0,6679 | 11-03-2009 |
| 43 | Heng Lee | Various equipment | SGD | 103,55 | 69,16 | 0,6679 | 11-03-2009 |
| 44 | Heng Lee | Kitchen equipment restoration | SGD | 3.709,15 | 2.477,41 | 0,6679 | 11-03-2009 |
| 45 | Wrist Middle East | Signal Flags - Replenishment | AED | 4.000,00 | 1.089,18 | 0,2723 | 18-02-2009 |
| 46 | Wrist Middle East | Binoculars | AED | 2.600,00 | 707,96 | 0,2723 | 18-02-2009 |
| 47 | Wrist Middle East | Freezer etc , Replenishment | AED | 2.200,00 | 599,05 | 0,2723 | 18-02-2009 |
| 48 | Wrist Middle East | Fire hose etc - replenishment | AED | 1.880,00 | 511,91 | 0,2723 | 18-02-2009 |
| 49 | Wrist Middle East | Refrigerator -  replenishment | AED | 1.860,00 | 506,47 | 0,2723 | 18-02-2009 |
| 50 | Wrist Middle East | Matresses, towels etc. - replenishment | AED | 10.714,00 | 2.917,36 | 0,2723 | 18-02-2009 |
| 51 | Wrist Middle East | Orange Smoke Signal - repleneishment | AED | 250,00 | 68,07 | 0,2723 | 18-02-2009 |
| 52 | Wrist Middle East | BA Charts - repleneishment | AED | 5.089,50 | 1.385,84 | 0,2723 | 18-02-2009 |
| 53 | Kuhne & Nagel | Transport of spares Cph to Dubai | DKK | 17.601,10 | 3.111,88 | 0,1768 | 18-02-2009 |
| 54 | Weilbach | Flags for use after hijacking | DKK | 1.330,00 | 236,85 | 0,1781 | 25-02-2009 |
| 55 a | Kuhne & Nagel | Transport of spares cph/dubail | DKK | 7.774,30 | 1.349,03 | 0,1735 | 18-02-2009 |
| 55 b | Kuhne & Nagel | Transport of spares/provisions | DKK | 415,00 | 72,01 | 0,1735 | 18-02-2009 |
| 56 | Wrist Middle East | transp UAE to Oman - vhf + T/C | AED | 8.700,00 | 2.368,96 | 0,2723 | 18-02-2009 |
| 57 | Northrop Grumman | VHF  (purchase of new) | EUR | 2.400,00 | 3.070,00 | 1,2792 | 18-02-2009 |
| 58 | Lotek Safety | Safety boots - replenishm for vsl | DKK | 8.625,00 | 1.503,16 | 0,1743 | 18-02-2009 |
| 59 | P J Diesel | 1 turbocharger | DKK | 362.699,50 | 64.168,48 | 0,1769 | 18-02-2009 |
| 60 | P J Diesel | Service engineer for change of T/C | DKK | 42.125,00 | 7.495,15 | 0,1779 | 25-02-2009 |
| 61 | Wrist Middle East | Customs handling of stores in Dubai  15.1.2009 | AED | 1.625,00 | 442,48 | 0,2723 | 18-02-2009 |
| 62 | Lagaay International | Replenishment of medicine chest | EUR | 528,62 | 667,55 | 1,2628 | 25-02-2009 |
| 63 | Northrop Grumman Sperry | Portable VHF - replenishment | EUR | 916,00 | 1.174,14 | 1,2818 | 04-03-2009 |
| 64 | BEVI | Electrical motor - replenishment | DKK | 6.960,00 | 1.197,28 | 0,1720 | 04-03-2009 |
| 65 | Kuhne & Nagel | Transportation of safety equipment | DKK | 1.312,00 | 229,02 | 0,1746 | 18-02-2009 |
| 66 | Codex Company | Boiler suits etx- replenish | USD | 2.582,60 | 2.582,60 | 1,0000 | 07-01-2009 |
| 67 | Kuhne & Nagel | Transport spares - Cph/Dubai | DKK | 3.780,55 | 656,39 | 0,1736 | 14-01-2009 |
| 68 | YIT, Denmark | 2 Omron PLCs | DKK | 16.000,00 | 2.753,07 | 0,1721 | 01-04-2009 |
| 69 | Wrist Middle East | Trucking of spares, provisions Dubai/Salalah | AED | 6.400,00 | 1.742,68 | 0,2723 | 19-03-2009 |
| 70 | Norsafe | Main Control Valve | NOK | 17.275,00 | 2.515,49 | 0,1456 | 01-04-2009 |
| 71 | 4stroke | Fuel Pipes | DKK | 23.455,00 | 3.971,00 | 0,1693 | 01-04-2009 |
| 72 | P J Diesel | Spares | DKK | 1.525,00 | 271,21 | 0,1778 | 29-04-2009 |
| 73 | Underwater Contractors, Singapore | Propelleor cleaning, Salalah Hull cleaning, Salalah | USD | 9.800,00 | 9.800,00 | 1,0000 | 15-04-2009 |
| 74 | Falck Healthcare | Psycologist - follow and final examination -  24.3.2009 | DKK | 48.168,71 | 8.487,43 | 0,1762 | |
| 75 | Ajour Sprog | Translation of psylogical report from Falck Healthcare | DKK | 8.906,25 | 1.671,76 | 0,1877 | |
| 76 | Survey Association | Purchase of mobile phone for Clipper's communicator | DKK | 9.424,00 | 1.768,95 | 0,1877 | 15-07-2009 |
| 77 | Instone | Travel costs office staff, crew manager, psychologist, etc | DKK | 209.012,80 | 36.953,46 | 0,1768 | 15-03-2009 |
| 78 | Cash stolen | Master's cash - stolen | USD | 2.979,95 | 2.979,95 | 1,0000 | 11-03-2009 |
| 78 | Slop chest | Slop Chest - stolen | USD | 1.916,02 | 1.916,02 | 1,0000 | 11-03-2009 |
| 79 | | Bunkers consumed during piracy | USD | 144.088,43 | 144.088,43 | 1,0000 | |
| | | | USD | | **3.485.119,54** | | |