Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> ALI MOHAMED ALI ) <br> ) | Criminal No.  11-CR-106 (ESH) |

**NOTICE OF APPEAL**

Name and address of appellant                United States of America

Name and address of appellant's attorney     Mary B. McCord
                                             United States Attorney's Office
                                             Room 5842A
                                             555 4th Street, NW
                                             Washington, DC 20530

Offenses:     18 U.S.C. §§ 2, 371, 1203, & 1651

Concise statement of judgments or order, giving date, and any sentence

   Order of July 13, 2012, entered on the docket on July 13, 2012, granting in part defendant's motion to dismiss Count 1 and Count 2 (dismissed in part); rendered final for purposes of appeal on July 20, 2012, with denial of government's motion for reconsideration.  See United States v. Healy, 376 U.S. 75 (1964)(judgment not final until district court disposes of motion for rehearing or reconsideration).

   Orders of July 24 and July 25, 2012, entered on the docket on July 24 and 25, 2012, dismissing Counts 3 and 4 and vacating portions of the district court's Memorandum Opinion of July 13, 2012.

Name of institution where appellee is now confined, if not on bail: N/A

   I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

July 27, 2012                                United States of America
DATE                                         APPELLANT

                                                    /s/
                                             MARY B. McCORD
                                             ATTORNEY FOR APPELLANT

CJA, NO FEE    No
PAID USDC FEE  gov't appeal
PAID USCA FEE  gov't appeal
Does counsel wish to appear on appeal?  Yes

```
                                                                         CO-290
Notice of Appeal Criminal                                              Rev. 3/88
```

Has counsel ordered transcripts?  Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act?  No

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July, 2012, I have caused a copy of the foregoing to be served by electronic means, through the Court's CM/ECF system, upon:

> Matthew J. Peed
> Timothy Ryan Clinton
> Clinton & Peed, PLLC
> Suite 400
> 1455 Pennsylvania Avenue, NW
> Washington, DC 20004
>
> Brian C. Brook
> Clinton & Peed, PLLC
> 15th Floor, Suite P
> 145 East 16th Street
> New York, NY 10003
>
>
> /s/
> MARY B. McCORD
> Assistant United States Attorney
> 555 4th Street, NW, Room 5842A
> Washington, DC 20530
> (202) 252-7902